**Order entered August 11, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00215-CV

## MARSHA DENISE DILLON, BENEFICIARY, ON BEHALF OF THE ESTATE OF BASKIN J. CULPEPPER AND MARSHA DILLON, INDIVIDUALLY, Appellants

### V.

## KIMBERLY KING, Appellee

**On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-17-01307-2**

### ORDER

Before the Court is appellants' August 7, 2020 opposed motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than August 21, 2020.

/s/     KEN MOLBERG
        JUSTICE